**U.S. Department of Justice**
Washington, D.C.

**Criminal Docket**
Presented in Corpus Christi

**SEALED**

<u>CORPUS CHRISTI</u> Division

File:

<u>INDICTMENT</u>   Filed: <u>December 8, 2010</u>

County: Nueces
LIONS #: 2010R24709

United States of America

v.

CR. No. **10-1128**

Magistrate No. _____

Judge: **JUDGE JANIS GRAHAM JACK**

Attorneys:

**UNSEALED**

JOSE ANGEL MORENO, U S ATTORNEY
MARK PATTERSON, ASST. U.S. ATTORNEY
GRAND JURY ACTION         APP'D   RET'D

**1 6 DEC 2010**

| | |
|---|---|
| PRESTON MASCORRO | CTS 4,5 |
| KARLOS BOUCHOT | CTS 1,5 |
| RUDY RODRIGUEZ | CT 1 |
| MARTIN GUARDIOLA | CT 4 |
| RICKY ALEJANDRO | CTS 2, 3, 4 & 6 |
| ISRAEL PLAZOLA | CT 4 |
| MICHAEL ORNELAS | CT 4 |
| ANTHONY TORRES | CTS 3, 7 |
| JEROME ARANDA | CT 5 |
| JOHNNY JOE GUERRA | CT 5 |
| ORLANDO GARCIA | CT 5 |
| VALERIE BOTELLO | CT 5 |
| STEVE AYALA | CT 8 |

PLEASE INITIAL _____

TRUE BILL: _____

NO BILL: _____

Charge(s):  Ct. 1: Did knowingly conspire to murder J.S. in Violation of Texas Penal Code Sections 19.02 and 15.02: 18 USC 1959(a)(5)
Ct. 2: Did knowingly assault M.B. and V.G. resulting in serious bodily injury in violation of Texas Penal Code Section 22.02: 18 USC 1959(a)(3) and 2.
Ct. 3: Did knowingly assault D.L. resulting in serious bodily injury in violation of Texas Penal Code Section 22.02:18 USC 1959(a)(3) and 2.
Ct. 4: Did knowingly assault R.O. resulting in serious bodily injury in violation of Texas Penal Code Section 22.02;18: USC 1959(a)(3) and 2.
Ct. 5: Did knowingly and intentionally possess with intent to distribute approximately 5.66 kilograms of a mixture or substance containing a detectable amount of methamphetamine: 21 USC 841(a)(1) and 841(b)(1)(A).
Cts. 6&7: Did knowingly possess a firearm, in furtherance of a crime of violence; that is assault in violation of Title 18, USC 1959(a)(3): 18 USC 924(c)(1)(A)
Ct. 8: Did knowingly possess a firearm while a convicted felon in and affecting foreign or interstate commerce: 18 USC 922(g)(1) and 924(a)(2).

Total Counts (8)

| | |
|---|---|
| Penalty: | Ct. 1: Not more than 10 years, or a fine not more than $250,000, or both; at least 3 years SRT; and $100 Special Assessment; |
| | Cts. 2-4: Not more than 20 years, or a fine of not more than $250,000, or both; at least 3 years SRT; and a $100 Special Assessment |
| | Ct. 5: Not less than 10 years or more than life imprisonment without probation, parole or a suspended sentence, or a fine not to exceed $4 million, or both; at least 5 years SRT; a $100 Special Assessment; and, community restitution up to the amount of any fine imposed by the Court. |
| | Ct. 6: Not less than 7 years imprisonment, or a fine of not more than $250,000, or both; not more than 5 years SRT; and, a $100 Special Assessment. |
| | Ct.7: Not less than 10 years imprisonment, or a fine of not more than $250,000, or both; not more than 5 years SRT; and, a $100 Special Assessment. |
| | Ct. 8: Not more than 10 years imprisonment, or a fine of not more than $250,000, or both; not more than 3 years SRT; and, a $100 Special Assessment. |
| In Jail: | Defendants 4, 5, 6, 7, 11, 12 |
| On Bond: | |
| No Arrest: | Arrest Warrant for Defendants 1, 2, 3, 8, 9, 10, 13 |